# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 4:07CR440 |
| Plaintiff, | ) ) ) | |
| | ) | Judge John R. Adams |
| - vs - | ) ) | |
| | ) | **O R D E R** |
| Terry Morrison | ) ) | |
| Defendant. | ) | |

This matter was heard on July 9, 2008, upon the request of the probation office for a finding that the defendant had violated the conditions of his supervised release. The defendant was present and represented by counsel. Upon consideration of statements of counsel, the Court finds that the terms of the defendant's supervision have been violated as follows:

1) Law Violation - Defendant was arrested 6/12/08 and chrged with Possession of Controlled Substance under Niles Municipal Court.

2) Failure to complete Community Corrections Center placement.

3) Failure to report to the Probation Officer on 5/28/08.

4) Failure to participate in treatment.

Further, the Court adopts the Report and Recommendation of Magistrate Judge

Limbert as it's own and therefore, sentences the defendant to the custody of the Bureau of Prisons for a period of (12) months. The defendant is granted credit for time already served in relation to this matter. The Court recommends placement at F.C.I. Butner and also recommends Defendant participate in a drug treatment program and/or mental heath treatment.

Further, the defendant's term of supervised release is revoked and no further supervision is ordered.

The defendant is remanded to the custody of the United States Marshal, Akron, Ohio.

IT IS SO ORDERED.

Date: July 10, 2008         s/John R. Adams
                            JOHN R. ADAMS
                            UNITED STATES DISTRICT JUDGE